Allan E. Richardson, LLC
915 Haddon Ave.
Collingswood, NJ 08108
Tel: 856-858-3330, Fax: 856-858-3343
Arichardson@employmentlaw-nj.com
Attorneys for Defendants City of Woodbury, Chief Reed Merinuck, Officer William Palese

| | |
|---|---|
| ANDREA DAMIANI,<br><br>Plaintiff,<br><br>v.<br><br>WEST DEPTFORD TOWNSHIP, CRAIG MANGANO, CHIEF OF POLICE; PTLM. MICHAEL S. FRANKS; CPL. MEDURI; OFFICER MICHAEL CRAMER, CITY OF WOODBURY, REED MERINUK, CHIEF OF POLICE; OFFICER William Fleece, JOHN DOE OFFICERS 1-15 fictitious names), JOHN DOES 16-30 (fictitious names), jointly, severally and/or in the alternative,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE<br>CIVIL NO.<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS CITY OF WOODBURY, CHIEF REED MERINUCK, AND OFFICER WILLIAM PALESE (INCORRECTLY IDENTIFIED AS WILLIAM FLEECE) ONLY |

This matter have been adjusted by and between the parties it is hereby stipulated and agreed that Defendants City of Woodbury, Chief Reed Merinuck, Officer William Palese (incorrectly identified as William Fleece) are hereby dismissed from this matter with prejudice and without costs, and plaintiff's complaint and amended complaint be and hereby are dismissed as to theses defendants only, with prejudice and without costs.

1

By: _____  By: _____
Randy P. Catalano, Esq           F. Michael Daily, Esq.
Counsel for Plaintiff            Counsel for Plaintiff

Allan E.
Richardson,
LLC