RANDY P. CATALANO, ESQUIRE
Sentry Office Plaza, Suite 100
216 Haddon Avenue
Westmont, NJ 08108
(856) 858-1115
Co-Counsel for Plaintiff

F. MICHAEL DAILY, JR., ESQUIRE
Sentry Office Plaza, Suite 106
216HaddonAvenue
Westmont, NJ 08108
(856) 833-0006
Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA DAMIANI, : : Plaintiff,: vs : WEST DEPTFORD TOWNSHIP, CRAIG MANGANO, CHIEF OF POLICE,: PTLM. MICHAEL S. FRANKS, CPTL MEDURI, OFFICER MICHAEL: CRAMER, CITY OF WOODBURY, REED MERINUCK, CHIEF OF POLICE,: OFFICER WILLIAM FLEECE, JOHN DOE OFFICERS 1-15 (fictitious: names), JOHN DOES 16-30 (fictitious names) jointly, severally and/or in the alternative Defendants, | CIVIL ACTION NO. 1:07-CV-2884-JEI-AMD STIPULATION OF PARTIAL DISMISSAL |

This matter have been adjusted by and between the parties it is hereby stipulated that the claims of the Plaintiff against the

individual Defendants Mangano, Meduri and Cramer are dismissed with prejudice along with the claims of the Plaintiff against the Defendant West Deptford Township with the exception of the claims against said public entity asserted in Count Three of the Amended Complaint. In addition all claims of the Plaintiff asserted in Count Five of the Complaint and Amended Complaint are herewith dismissed.

                                                                            s/ F. Michael Daily, Jr.

                                                                            F. MICHAEL DAILY, JR.
                                                                            Counsel for Plaintiff

It is so ordered this 28th day of September, 2009.

                                                                            Joesph E. Irenas
                                                                            S.U.S.D.J.